NO. CAAP-18-0000532

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIE JAMES JONES, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 17-1-0012 (1PC950001384))

ORDER DISMISSING MOTION TO REINSTATE APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the September 27, 2019 Motion to
Reinstate Appeal by Petitioner-Appellant Willie James Jones
(Appellant), which this court construes as a motion for
reconsideration, pursuant to Rule 40 of the Hawai'i Rules of
Appellate Procedure (HRAP) and the record, we note Appellant
neither filed his HRAP Rule 40 motion for reconsideration, nor
obtained special leave for additional time to file such a motion,
within ten days after the filing of the December 19, 2018 Order
Dismissing Appeal for Lack of Appellate Jurisdiction (Dismissal
Order), as HRAP Rule 40(a) requires. We therefore lack appellate
jurisdiction to adjudicate the merits of Appellant's
September 27, 2019 HRAP Rule 40 motion for reconsideration of the
December 19, 2018 Dismissal Order in Appeal No. CAAP-18-0000532.

State v. Bernal, No. CAAP-11-0000474, 2012 WL 1871035, at *1 (Haw. Ct. App. May 23, 2012), cert. denied July 6, 2012.

Therefore, IT IS HEREBY ORDERED that the September 27, 2019 HRAP Rule 40 motion for reconsideration of the December 19, 2018 Dismissal Order is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, October 3, 2019.

Chief Judge

Associate Judge

Associate Judge

2